UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CESAR EDUARDO TERRIQUEZ-RIVAS<br><br>          Defendant, | Case No. 3:09-cr-0091-RCJ-RAM<br><br>Date: May 7, 2010 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, U.S. DISTRICT JUDGE**

**Deputy Clerk:** Lesa Ettinger

IT IS ORDERED that the attached document (Washoe County Sheriff Detention, Food Service Department) is to be made part of the record regarding the imposition of sentencing hearing held May 7, 2010

                                        By: /s/ Lesa Ettinger
                                            Deputy Clerk

*USA v Cesar Eduardo Terriquez-Rivas*

*3:09-cr-91*

# WASHOE COUNTY SHERIFF DETENTION
## Food Service Department

April 22, 2010

To Whom It May Concern:

Inmate Cesar Terriquez ( P24136 ) has been working in the kitchen for the past several weeks. Mr. Terriquez has proven himself to be a good worker. He follows instructions well and has always been respectful to staff. He has caused no problems in the kitchen and works well with the other inmates.

Sincerely,

Diana Rogers Cook # W1621